DAN RAYFIELD
Attorney General
NATHANIEL AGGREY  #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Nathaniel.Aggrey@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE ESTATE OF GRAYSON JAMES-ALLEN PAINTER and JENNIFER PAINTER, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OREGON; TIMOTHY DYER; JOSHUA AHN; RAYMOND GARGALICANA; EMILY ASAY; KATHLEEN UNDERWOOD; and JOHN DOES 1-20,<br><br>Defendant. | Case No.  6:24-cv-02042-AB<br><br>STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE |

**CERTIFICATE OF CONFERRAL**

Counsel for defendant attempted conferral with Juan Chavez, plaintiff counsel. Mr. Chavez has not stated a position on the request for 30 days to waive service.

Page 1 -   STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE
           NA3/bm9/980967383

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## MOTION FOR EXTENSION OF TIME

Counsel makes this limited appearance to request a 30-day extension of time to waive service and appear in this case, **up to and including February 13, 2025**. Plaintiff sued several state defendants in this case. Based on a reading of the complaint, it appears that defendants are being sued in their official and individual capacities.

The extension of time is needed because the Oregon Attorney General cannot appear on behalf of any state defendant without first obtaining the individual's consent for defense. Or. Rev. Stat § 180.060. Counsel requires additional time to obtain consent before my office can waive service and appear on defendants' behalf. Thereafter, the case can procced on the same timeline for all state defendants with the filing of a responsive pleading to the complaint.

This motion is supported by the declaration of Nathanel Aggrey.

DATED January 13, 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General


        *s/Nathaniel Aggrey*
        NATHANIEL AGGREY #172283
        Senior Assistant Attorney General
        Trial Attorney
        Tel (503) 947-4700
        Fax (503) 947-4791
        Nathaniel.Aggrey@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -   STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE
NA3/bm9/980967383

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on January 13, 2025, I served the foregoing STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Juan C. Chavez<br>Oregon Justice Resource Center<br>PO Box 5248<br>Portland, OR 97208 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |

      *s/Nathaniel Aggrey*
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Nathaniel.Aggrey@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
           NA3/bm9/980980189

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791