**Juan C. Chavez, OSB No. 136428**
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Phone:   (503) 944-2270
Fax:     (971) 328-3982

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| THE ESTATE OF GRAYSON JAMES-ALLEN PAINTER, and JENNIFER PAINTER, *Personal Representative*,<br><br>            Plaintiffs,<br>v.<br><br>STATE OF OREGON; TIMOTHY DYER; JOSHUA AHN; RAYMOND GARGALICANA; EMILY ASAY; KATHLEEN UNDERWOOD; and JOHN DOES 1-20,<br><br>           Defendants. | Case No. 6:24-cv-02042-AB<br><br>JOINT PROPOSED SCHEDULE |

Pursuant to the Court's March 26, 2025 Scheduling Order, the parties submit the following proposed case schedule:

- Discovery to be completed by October 14, 2025;
- Plaintiff's expert disclosures to be submitted by November 14, 2025;
- Defendants' expert disclosures to be submitted by December 15, 2025;
- Rebuttal expert disclosures to be submitted by January 16, 2026; and
- Dispositive motions to be filed by February 13, 2026.

The parties are available for a 10-day trial from June 8, 2026 to June 26, 2026. The parties recognize that this timeline is just beyond the 18 month expectation in the Scheduling Order. Counsel for the plaintiff is not available in May 2026, and the parties believe that this additional time is necessary for discovery, expert disclosures, and dispositive motions to be completed.

DATED this 14th day of April, 2025.

/s/ Juan C. Chavez
Juan C. Chavez, OSB No. 136428
Oregon Justice Resource Center
Attorney for Plaintiffs

LEAD ATTORNEY

Page 2 -    JOINT PROPOSED SCHEDULE